KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 1:14-CV-00263-BAM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

  The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Confidential Letter Brief.

  Counsel for the Plaintiff has been ill and unable to work on her heavy caseload. As a result, counsel for Plaintiff requires additional time to draft the Confidential Letter Brief. The Confidential Letter Brief is currently due on August 13, 2014. Plaintiff requests an extension of

Page 1    MOTION
         [1:14-CV-00263-BAM]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

time to August 29, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated August 13, 2014:        /s/ Kelsey M Brown
                              KELSEY MACKENZIE BROWN CA #263109
                              Dellert Baird Law Offices, PLLC
                              PO Box 3757
                              Silverdale, WA 98383
                              (360) 329-6968
                              Attorney for Plaintiff

Dated August 13, 2014:        s/ KELSEY M. BROWN for Marla Letellier
                              MARLA LETELLIER
                              (per e-mail authorization)
                              Special Assistant U.S. Attorney
                              Office of the General Counsel

                              Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on August 29, 2014. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:   **August 15, 2014**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE