BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:14-cv-00263-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 44 day extension, from December 3, 2014 to January 16, 2015 in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

Stip for EOT, 1:14-cv-00263-BAM          1

This request is the result of a heavy workload for counsel responsible for briefing this case. Additionally, counsel was out of the office over the Thanksgiving holiday and will be out of the office again in late December and early January. This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: December 2, 2014        By: /s/ *Marla K. Letellier*
                               MARLA K. LETELLIER
                               Special Assistant United States Attorney
                               Attorneys for Defendant

DELLERT BAIRD LAW OFFICES, PLLC

Dated: December 2, 2014        By: */s/ Kelsey M. Brown*
                               KELSEY M. BROWN
                               Attorney for Plaintiff
                               (as approved by email on December 2, 2014)

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including January 16, 2015, in which to file an opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the February 28, 2014 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 3, 2014**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 1:14-cv-00263-BAM         2