BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:14-cv-00263-BAM<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a short 7 day extension, from January 16, 2015 to January 23, 2015 in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

Counsel makes this request because she is currently sick.  Counsel has been out of the office for much of the past two weeks, first caring for a sick child and then due to her own illness.  This request is not meant to cause intentional delay.

///

Respectfully submitted,

                              BENJAMIN WAGNER
                              United States Attorney

Dated: January 16, 2015        By: /s/ *Marla K. Letellier*
                              MARLA K. LETELLIER
                              Special Assistant United States Attorney
                              Attorneys for Defendant

                              DELLERT BAIRD LAW OFFICES, PLLC

Dated: January 16, 2015        By: */s/ Kelsey M. Brown*
                              KELSEY M. BROWN
                              Attorney for Plaintiff
                              (as approved by email on January 16, 2015)

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 7-day extension, **or until January 23, 2015**, in which to file an Opposition or otherwise respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  **January 16, 2015**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE